NICHOLAS LATRONICA, Respondent, v. SOUTHERN BOULE-VARD RAILROAD COMPANY, Defendant, and RICHARD CARVEL CO., INC., Appellant.

Latronica v. Carvel Co., 179 App. Div. 891, affirmed.

(Submitted March 14, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. The defendant Richard Carvel Co. was engaged in constructing part of a subway through and along Southern Boulevard in New York city for some distance north and south of One Hundred and Forty-first street under a contract between it and the city of New York. The

street was torn up and a temporary pavement laid. Plaintiff was driving a wagon and while turning from Southern boulevard east into One Hundred and Forty-first street, the right wheel of his cart, which was on the outside of the westerly rail of the south-bound track of the Southern Boulevard Railroad Company, went into a depression on the outside of the rail, slid along about three or four feet, hit some place and the plaintiff fell off, sustaining the injuries for which this suit was brought.

. *Abram I. Elkus*, *Carlisle J. Gleason* and *Frank L. Weil* for appellant.

*Louis B. Brodsky* and *Louis G. Hamburger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and ANDREWS, JJ. Dissenting: CHASE and MCLAUGHLIN, JJ.